# Greenberg Traurig

Wendy M. Mantell
Tel. 310.586.6522
Fax 310.586.7800
MantellW@gtlaw.com

May 31, 2006

<u>**Via Facsimile and U.S. Mail**</u>

Hon. Maria Elena James
United States District Court -
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102-3483
Fax: 415-522-4711

      *Re:*  *Mayway Corporation v. Golden Cabinet, Inc.*
            *Case No. C06-00916*

Dear Hon. James:

    This is to respectfully request that due to prior business commitments that will not allow me to travel from Los Angeles to San Francisco for the day, I be permitted to appear by telephone on behalf of Defendant Golden Cabinet, Inc. at the Case Management Conference scheduled in the above-captioned case for June 15, 2006 at 10:00 a.m.

    Per the instructions from your clerk, the telephone number at which I can be reached is 310-586-6522.  I understand that the call will be initiated by the Court.

    Thank you.

Sincerely,

Wendy M. Mantell

cc:  Peter M. Stanwyck, Esq.
      Counsel for Mayway Corp.

*[GRANTED — Judge Maria-Elena James, Northern District of California seal]*

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | Los Angeles Office | 2450 Colorado Avenue | Suite 400E | Santa Monica, CA 90404
Tel 310.586.7700 | Fax 310.586.7800

www.gtlaw.com

## Confirmation Report – Memory Send

```
                                    Page         : 001
                                    Date & Time  : 05-31-06  02:56pm
                                    Line 1       :
                                    Line 2       :
                                    Machine ID   :
```

| | |
|---|---|
| Job number | : 335 |
| Date | : 05-31  02:54pm |
| To | : ☏8221#78744#010100#914155224711# |
| Number of pages | : 002 |
| Start time | : 05-31  02:54pm |
| End time | : 05-31  02:55pm |
| Pages sent | : 002 |
| Status | : OK |

Job number   : 335              \*\*\* SEND SUCCESSFUL \*\*\*

# Greenberg Traurig

**Transmittal Cover Sheet**

| From: | Tel: | E-Mail: |
|---|---|---|
| Wendy M. Mantell | 310.586.6622 | mantellw@gtlaw.com |

| To: | Fax No: | Company: | Phone No.: |
|---|---|---|---|
| Hon. Maria Elena James | 415-522-4711 | United States District Court – Northern District of California | |

| | |
|---|---|
| File No.: | 78744.010100 |
| Re: | Mayway Corporation v. Golden Cabinet Inc.<br>Case No. C06-00916 |
| Date: | May 31, 2006 |
| No. Pages: | Including Cover Sheet  2 |
| | <u>If you do not receive all pages properly, please call the Sender.</u> |
| Notes: | Please see attached. |

Also sent via:   [X] US Mail   [ ] Overnight   [ ] Messenger   [ ] Email   [ ] No Other

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

2450 Colorado Avenue, Suite 400 E, Santa Monica, California 90404   Phone: 310.586.7700   Fax: 310.586.7800

# Greenberg Traurig

## Transmittal Cover Sheet

| From: | Tel: | E-Mail: |
|---|---|---|
| Wendy M. Mantell | 310.586.6522 | mantellw@gtlaw.com |

| To: | Fax No: | Company: | Phone No.: |
|---|---|---|---|
| Hon. Maria Elena James | 415-522-4711 | United States District Court - Northern District of California | |

**File No.:** 78744.010100

**Re:** Mayway Corporation v. Golden Cabinet Inc.
Case No. C06-00916

**Date:** May 31, 2006

**No. Pages:** Including Cover Sheet  2

If you do not receive all pages properly, please call the Sender.

**Notes:** Please see attached.

Also sent via:  [X] US Mail   [ ] Overnight   [ ] Messenger   [ ] Email   [ ] No Other

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

2450 Colorado Avenue, Suite 400 E, Santa Monica, California 90404   Phone: 310.586.7700   Fax: 310.586.7800