IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYWAY CORPORATION,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>GOLDEN CABINET, INC.,<br><br>　　　　Defendant(s). | No. C 06-0916 MEJ<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES**<br><br>**ORDER SCHEDULING CMC** |

On August 23, 2006, the parties in the above-captioned case participated in a mediation session, at which time they reached a settlement subject to the preparation of a settlement agreement within 30 days. Upon review of the docket, the Court notes that neither party has filed any documents since the August 23 mediation. Accordingly, the Court VACATES the pending pretrial and trial dates in this matter and SCHEDULES a Further Case Management Conference on February 1, 2007 at 10:00a.m. in Courtroom B. The parties shall file a joint status statement by January 25, 2007.

**IT IS SO ORDERED.**

Dated: January 16, 2007

　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge