**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYWAY CORPORATION, | No. C 06-0916 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER CONTINUING CMC** |
| GOLDEN CABINET, INC., | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on February 1, 2007. To accommodate the parties' filing of a joint statement, the Court CONTINUES the conference to February 22, 2007 at 10:00 a.m. The parties shall file their joint statement by February 15.

**IT IS SO ORDERED.**

Dated: January 30, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge