IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAYWAY CORPORATION,

        Plaintiff(s),

  vs.

GOLDEN CABINET, INC.,

        Defendant(s).

No. C 06-0916 MEJ

**ORDER VACATING CMC**

      The Court is in receipt of the parties' Joint Status Statement, filed February 15, 2007. As settlement negotiations appear ongoing, the Court hereby VACATES the February 22, 2007 Case Management Conference. The parties shall file a further joint status statement by April 19, 2007.

**IT IS SO ORDERED.**

Dated: February 16, 2007

      MARIA-ELENA JAMES
      United States Magistrate Judge