IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYWAY CORPORATION,<br><br>                    Plaintiff(s),<br><br>    vs.<br><br>GOLDEN CABINET, INC.,<br><br>                    Defendant(s). | No. C 06-0916 MEJ<br><br>**ORDER REQUESTING JOINT STATUS STATEMENT** |

On April 20, 2007, the parties filed a Joint Status Statement informing the Court that they had not finalized the terms of the settlement reached at the August 23, 2006 mediation. Since that time, however, the Court has received no further status reports. Accordingly, the Court ORDERS the parties to file a joint status statement by September 27, 2007. In their statement, the parties shall inform the Court of the status of settlement negotiations, including whether a further mediation session would be beneficial, and whether this matter needs to be placed back on calendar.

**IT IS SO ORDERED.**

Dated: September 12, 2007

MARIA-ELENA JAMES
United States Magistrate Judge