**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYWAY CORPORATION, | No. C 06-0916 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| GOLDEN CABINET, INC., | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Status Statement, filed September 27, 2007. Pursuant to the parties' request, the Court finds it appropriate to put this matter back on calendar and hereby schedules a Case Management Conference on November 15, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by November 8, 2007.

**IT IS SO ORDERED.**

Dated: October 3, 2007

MARIA-ELENA JAMES
United States Magistrate Judge