| | |
|---|---|
| WILLIAM J. SEITER (SBN 106316)<br>SEITER & CO.<br>220 26th Street, Suite 202<br>Santa Monica, CA 90402<br>Tel.: (310) 395 – 6100<br>Fax: (310) 395 – 6115<br>E-mail: williamjseiter@seiterandco.com | PETER M. STANWYCK (SBN 51640)<br>LAW OFFICES OF PETER M. STANWYCK<br>409 13th Street<br>Oakland, California 94612<br>Tel: (510) 444-5082<br>Fax: (510) 834-0701<br>E-mail:  peter@stanwycklaw.com |
| Attorneys for Defendant and Counterclaimant<br>GOLDEN CABINET, INC. | Attorneys for Plaintiff and Counterclaim Defendant<br>MAYWAY CORPORATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAYWAY CORPORATION,
a California corporation,

Plaintiff and Counterclaim Defendant,

v.

GOLDEN CABINET, INC.,
a California corporation,

Defendant and Counterclaimant.
_____/

CASE NO. C06-0916 MEJ

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**

Mayway Corporation and Golden Cabinet, Inc. ("the Parties"), having settled this action, hereby stipulate, through their respective counsel of record, that this action be dismissed with prejudice pursuant to the terms of the Parties' October 12, 2007 Settlement Agreement. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

SEITER & CO.

DATED: October 15, 2007

By:  /s/  William J. Seiter
William J. Seiter
Attorneys for Defendant and Counterclaimant
GOLDEN CABINET, INC.

LAW OFFICES OF PETER M. STANWYCK

DATED: October 15, 2007            By:  /s/ Peter M. Stanwyck
                                        Peter M. Stanwyck
                                        Attorneys for Plaintiff and Counterclaim Defendant
                                        MAYWAY CORPORATION

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Peter M. Stanwyck.

/s/ William J. Seiter

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The Clerk shall close the file.

DATED: October 16, 2007            _____
                                   Hon. Maria-Elena James
                                   United States Magistrate Judge